**No. 66967.**—K. Heitz Import Company *v.* United States, protests 61/995 and 60/29939 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic slide frames or mounts similar in all material respects to those the subject of Abstract 64154, the claim of the plaintiff was sustained.

**No. 66968.**—H. A. Wood and Maple Island Creamery, Ltd. *v.* United States, protest 59/21324 (Pembina).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of liquefied petroleum gas similar in all material respects to that the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiffs was sustained.

**No. 66969.**—United China & Glass Co. *v.* United States, protest 60/19252–15783 (New Orleans).

Opinion by OLIVER, C.J. At the trial, it was stipulated that the assessment at 21 cents per pound on a weight of 345 pounds was excessive with respect to the merchandise covered by lot No. 95, page 12 of the entry, item 8975, contained in cases 804–826, inclusive, and that duty at 21 cents per pound should have been assessed on a weight of 207 pounds. On the record presented, the claim of the plaintiff was sustained and the collector was directed to reliquidate the entry accordingly.

**No. 66970.**—Naftone, Inc. *v.* United States, protests 60/7076 and 60/7228 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is, in fact, a diethyl amine salt of oleic acid (a fatty acid), derived from animal tallow, the claim of the plaintiff was sustained.